IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:12cr157-TFM |
| | ) | [18 U.S.C. § 7(3); |
| | ) | 18 U.S.C. § 13(a); |
| | ) | Code of Ala. § 32-5A-191(a)(1) & (2) |
| v. | ) | Code of Ala. § 32-5A-330] |
| | ) | |
| | ) | |
| | ) | |
| JAMES LEROY BLACKBURN | ) | INFORMATION |

The United States Attorney charges:

## Count 1

On or about the 16th day of June 2012, within the Middle District of Alabama, the Defendant,

JAMES LEROY BLACKBURN,

at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Rucker, Alabama, on land acquired for the use of the United States and under its exclusive jurisdiction, did unlawfully drive and was in actual physical control of a vehicle while there was 0.08 percent or more by weight of alcohol in his blood and while under the influence of alcohol, in violation of Title 32, Code of Alabama 1975, Section 5A-191(a)(1) & (2), and Title 18, United States Code, Sections 7(3) and 13(a).

## Count 2

On or about the 16th day of June, 2012, within the Middle District of Alabama, the Defendant,

JAMES LEROY BLACKBURN,

at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Rucker, Alabama, on land acquired for the use of the United States and under its exclusive jurisdiction, did have in his possession alcoholic beverages in an open container in the passenger area of a motor vehicle on a public highway and right-of-way, in violation of Title 32, Code of Alabama 1975, Section 5A-330, and Title 18, United States Code, Sections 7(3) and 13(a).

GEORGE L. BECK, JR
UNITED STATES ATTORNEY

_____
KEVIN P. DAVIDSON
ASSISTANT U.S. ATTORNEY

_____
MEGAN A. MUELLER
SPECIAL ASSISTANT U.S. ATTORNEY
Indiana Bar No. 29399-49
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
Telephone: (334) 255-3308
Fax: (334) 255-1869
Email: megan.a.mueller2.mil@mail.mil

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Department of the Army Civilian Police Officer at Fort Rucker, Alabama. On June 16, 2012, I was at the Enterprise Gate Inspection Lane on Ft. Rucker when the gate guards informed me that a vehicle had just come through the gate and they suspected the driver was intoxicated. The vehicle, driven by James Leroy Blackburn, was directed to the inspection lane. I made contact with the driver and noticed the smell of alcohol coming from his breath. The driver also had slurred speech and glassy, bloodshot eyes. Blackburn told me that he had consumed 3-5 beers earlier in the night. I then administered a series of Standard Field Sobriety Tests on Blackburn, which he did showing multiple signs of impairment. Blackburn was apprehended and transported to the police station. At the station Blackburn was informed of the Alabama Implied Consent Law, was placed on the Draeger, and rendered a breath sample showing 0.09% BAC. A subsequent search of the vehicle revealed an open bottle of vodka on the front passenger floorboard.

_____
CARLOS WHITEHEAD
Department of the Army Civilian Police Officer

Subscribed and sworn to (or affirmed) before me on this 23 day of August 2012.


_____
NOTARY PUBLIC

My commission expires:    NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 7, 2015
BONDED THRU NOTARY PUBLIC UNDERWRITERS