AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JAMES LEROY BLACKBURN | Case No.   1:12CR157-001-TFM |
| | USM No.   N/A |
| | Aylia McKee and William McGeachy |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐  THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 13 | Possession of alcoholic beverage in open container | 6/16/2012 | 2 |

The defendant has been found not guilty on count(s)   One                              .

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 5.00 | $ 200.00 |

All criminal monetary payments are to be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711, Montgomery, Alabama 36101. Any balance of fine shall be paid at the rate of $25.00 per month.

Last Four Digits of Defendant's Soc. Sec. No.:   3354

Defendant's Year of Birth:   1965

City and State of Defendant's Residence:
Quitman, MS

April 22, 2013
Date of Imposition of Judgment

/s/ Terry F. Moorer
Signature of Judge

Terry F. Moorer, United States Magistrate Judge
Name and Title of Judge

April 26, 2013
Date